IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BRIAN FARMER AND
CONNIE FARMER,**

      **Plaintiffs,**

      **vs.**                                  Cause No.  04-CV-642 DRH

**EXTREME PERFORMANCE, INC., et al.,**

      **Defendants**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.-------------------------------------------------------------------------

                                                          **NORBERT G. JAWORSKI, CLERK**

November 21, 2005                                  By:   s/Patricia Brown
                                                                 Deputy Clerk

APPROVED: /s/    David RHerndon
                    **U.S. DISTRICT JUDGE**